JOHN ARTHUR Ross, as Administrator, etc., Respondent, *v.* THE THIRD AVENUE RAILROAD COMPANY, Appellant.

(Submitted April 10, 1888; decided April 17, 1888.)

MOTION to dismiss an appeal from order of the General Term of the Supreme Court in the first judicial department, made February 3, 1888, which affirmed an order denying a motion by defendant to set aside a verdict and for a new trial.

*Samuel Untermyer* for motion.

*William N. Cohen* opposed.

Agree to grant motion; no opinion.
All concur.
Motion granted.